# DISTRICT COURT OF THE UNITED STATES

## FOR THE STATE OF CALIFORNIA, CENTRAL DISTRICT

## EASTERN DIVISION

| | |
|---|---|
| KATHRYN JOHNSON, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE MEMBERSHIP, INC., a California corporation; and DOES 1 through 20 inclusive,<br><br>    Defendants. | CASE NO. 5:22-cv-00829-FWS(KKx)<br><br>Superior Court Case No.: CVRI2200636<br><br>**ORDER RE: JOINT MOTION TO DISMISS ENTIRE ACTION**<br><br>Dept:      10D<br>Judge:    Hon. Fred W. Slaughter<br>Filed:      02/15/2022<br>Trial Date:  10/17/2023 |

Based on the stipulation of the Parties, the Court finds good cause exists to grant the Joint Motion to Dismiss Entire Action with prejudice.

**IT IS ORDERED:**

Dated: February 29, 2024

_____
HON. FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE